A CERTIFIED TRUE COPY
ATTEST

By Tarrell L. Littleton on May 26, 2010

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

May 11, 2010

FILED
CLERK'S OFFICE

IN RE: YASMIN AND YAZ (DROSPIRENONE)
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

MDL No. 2100

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-24)**

FILED
JUN - 1 2010
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

On October 1, 2009, the Panel transferred 32 civil actions to the United States District Court for the Southern District of Illinois for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 655 F.Supp.2d 1343 (J.P.M.L. 2009). Since that time, 432 additional actions have been transferred to the Southern District of Illinois. With the consent of that court, all such actions have been assigned to the Honorable David R. Herndon.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of Illinois and assigned to Judge Herndon.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Southern District of Illinois for the reasons stated in the order of October 1, 2009, and, with the consent of that court, assigned to the Honorable David R. Herndon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of Illinois. The transmittal of this order to said Clerk shall be stayed 14 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 14-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

May 26, 2010

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

SOUTHERN DISTRICT OF ILLINOIS
CERTIFIED TRUE COPY
By /s/ Tiana Brinkley
Deputy Clerk
Date 6/1/10

IN RE: YASMIN AND YAZ (DROSPIRENONE)
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION            MDL No. 2100

### SCHEDULE CTO-24 - TAG-ALONG ACTIONS

**DIST. DIV. C.A. #**            **CASE CAPTION**

CALIFORNIA NORTHERN
  CAN 3 10-1869            Naomi Lopiccoli v. McKesson Corp., et al.   10-20307-DRH-PMF
  CAN 3 10-1870            Jack Eureka v. McKesson Corp., et al.       10-20308-DRH-PMF
  CAN 3 10-1871            Fiona Turley v. McKesson Corp., et al.      10-20309-DRH-PMF
  CAN 3 10-1880            Janel Young v. McKesson Corp., et al.       10-20310-DRH-PMF
  CAN 3 10-1886            Kelly Brockman v. McKesson Corp., et al.    10-20311-DRH-PMF

INDIANA NORTHERN
  INN 3 10-44              Sharmika Cusic-Mason v. Bayer Healthcare Pharmaceuticals, Inc., et al.
                                                                                10-20312-DRH-PMF

NEW YORK EASTERN
  NYE 2 10-1915            Jennifer Alessi, et al. v. Bayer Healthcare Pharmaceuticals, Inc., et al.
                                                                                10-20313-DRH-PMF

NEW YORK SOUTHERN
  NYS 1 09-9108            Sarah Neal v. Bayer Corp., et al.           10-20314-DRH-PMF

OKLAHOMA NORTHERN
  OKN 4 10-239             Robert King, etc. v. Bayer Corp., et al.    10-20315-DRH-PMF
  OKN 4 10-252             Jessica Pryor v. Bayer Corp., et al.        10-20316-DRH-PMF

OREGON
  OR 3 10-302              Debra Sonner, etc. v. Bayer Corp., et al.   10-20317-DRH-PMF

TENNESSEE MIDDLE
  TNM 3 10-440             Kristin L. Burch, et al. v. Bayer Corp., et al.   10-20318-DRH-PMF